1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

ASA ENTERPRISE, INC., a California
corporation; MANJIT SINGH, an individual,

             Plaintiffs,

    vs.

15

16

17

STAN BOYETT & SON, INC., a California
corporation, dba BOYETT PETROLEUM;
and DOES 1 through 10, inclusive,

            Defendant.

18

19

20

21

22

23

24

STAN BOYETT & SON, INC.,

            Cross-Complainant,

    vs.

ASA ENTERPRISE, INC.; and
MANJIT SINGH,

            Cross-Defendants.

Case No. 1:21-CV-00915-CDB

[~~PROPOSED~~] ORDER GRANTING
JOINT MOTION TO VACATE ALL
FUTURE SCHEDULED DATES
**AS MODIFIED**

Doc. 42

25

26

27

28

      Pending before the Court is the parties' joint motion to vacate all dates associated with the

case based on the parties' representations that they have reached a settlement and anticipate

[~~PROPOSED~~] ORDER GRANTING JOINT
MOTION TO VACATE FUTURE DATES

Case No. 1:21−CV−00915−CDB

1 | shortly filing a request to dismiss.  Doc. 42.

2 |      Based on the parties' representations and for good cause show, IT IS HEREBY

3 | ORDERED that the Motion is granted as follows:

4 |    1.  The Pre-Trial Conference set for January 13, 2023 at 10:00 a.m. is vacated;

5 |    2.  The parties' obligation to file a joint pretrial statement is vacated;

6 |    3.  The Trial set for March 13, 2023 at 8:30 a.m. is vacated; and

7 |    4.  The parties shall file dispositional documents terminating the case no later than January

8 |      27, 2023.

9 | IT IS SO ORDERED.

10 |   Dated:  **January 6, 2023**

11 |                      UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

[PROPOSED] ORDER GRANTING JOINT
MOTION TO VACATE FUTURE DATES

Case No. 1:21−CV−00915−CDB